# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JIMMY R. FISHER, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:17-CV-0828-D |
| STATE OF TEXAS and 301st DISTRICT COURT DALLAS COUNTY, | § § § § | |
| Defendants. | § § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

May 30, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE